PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Robert M. Gray, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Roberta C. Cole, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, v. FREDDIE JACKSON, Petitioner-Appellant.

(No. 56818;

First District (2nd Division)—December 19, 1972.

386

PER CURIAM.

Walter Willaims, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Paul Naselli, Assistant State's Attorneys, of counsel,) for the People.